**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6577**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SEAN FRANCIS SCHAFFNER,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:10-cr-00370-RBH-1)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sean Francis Schaffner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Francis Schaffner appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and his motions for a reduced sentence or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief.  *See United States v. Webb*, 5 F.4th 495, 498 (4th Cir. 2021) (providing standard for motions for reduction in sentence); *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard for compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Schaffner*, No. 4:10-cr-00370-RBH-1 (D.S.C. Apr. 26, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*